Deutsche Bank Natl. Trust Co. v March (2025 NY Slip Op 05300)

Deutsche Bank Natl. Trust Co. v March

2025 NY Slip Op 05300

Decided on October 02, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 02, 2025

Before: Moulton, J.P., Mendez, O'Neill Levy, Michael, Chan, JJ. 

Index No. 381347/12|Appeal No. 4708-4709|Case No. 2024-07719 2025-02226|

[*1]Deutsche Bank National Trust Company, etc., Plaintiff-Respondent,
v
Donovan March, Defendant-Appellant, New York City Environmental Control Board, et al., Defendants. 

O'Keke & Associates, P.C., Brooklyn (Patrick O'Keke of counsel), for appellant.
McCabe, Weisberg & Conway, LLC, Melville (Robert Yusko of counsel), for respondent.

Order, Supreme Court, Bronx County (Naita A. Semaj, J.), entered on or about November 25, 2024, which denied defendant Donovan March's motion for summary judgment dismissing the complaint on the ground that plaintiff lacked standing to foreclose the subject mortgage, unanimously affirmed, without costs. Order, same court and Justice, entered on or about April 7, 2025, which granted plaintiff's renewed motion for summary judgment on its complaint, unanimously affirmed, without costs.
In commencing this mortgage foreclosure action, plaintiff attached to the summons and complaint copies of the indorsed-in-blank note and associated mortgage, as well as a copy of the relevant assignment. Contrary to defendant's contentions, plaintiff's filing of these documents with the complaint was sufficient to establish its standing to maintain the action (see Mortgage Stanley Private Bank, N.A. v Ceccarelli, 210 AD3d 478, 479 [1st Dept 2022]; Bank of N.Y. Mellon v Knowles, 151 AD3d 596, 596-597 [1st Dept 2017]).
We have considered defendant's remaining arguments and find them unavailing. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 2, 2025